UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 17-90 (PJS/DTS) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CHRISTOPHER VICTOR GRUPE, | |
| Defendant. | |

By letter dated May 9, 2017, defense counsel advises that no motions will be filed on behalf of Defendant, and requests that the May 30, 2017 motions hearing before the undersigned be canceled [Docket No. 14]. The Government has filed a Motion for Discovery [Docket No. 13] which the Government states can be ruled on upon the written submission.

The Court, being duly advised, upon all of the premises, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The May 30, 2017 motions hearing scheduled before the undersigned on May 30, 2017 is CANCELED.

2. The Government's Motion for Discovery [Docket No. 13] is GRANTED.

3. If a plea is reached, counsel shall promptly contact District Judge Patrick J. Schiltz's chambers to schedule a change of plea hearing.

4. If no plea is reached, trial briefs, voir dire questions, proposed jury instructions and trial-related motions (including motions in limine) must be submitted to District Judge Patrick J. Schiltz's chambers by **4:00 p.m. on June 7, 2017**. Counsel

2

shall also email the proposed jury instructions to District Judge Patrick J. Schiltz at Schiltz_chambers@mnd.uscourts.gov.

5.  Responses to trial-related motions (including motions in limine) shall be submitted to District Judge Patrick J. Schiltz's chambers by **4:00 p.m. on June 12, 2017**.

6.  A status conference will be held with District Judge Patrick J. Schiltz at **9:00 a.m. on June 16, 2017** in Courtroom 14E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.  The Government must submit its list of prospective witnesses and prospective exhibits at this conference.

7.  Trial will commence before District Judge Patrick J. Schiltz at **9:00 a.m. on June 19, 2017** in Courtroom 14E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated:   May 11, 2017

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge