AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
JUN 27 2017
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED
US MARSHALS SERVICE
MPLS MN
2017 APR 12 AM 7 52

SCANNED
JUN 30 2017
U.S. DISTRICT COURT MPLS

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br>Christopher Victor Grupe<br><br>*Defendant* | )<br>)  Case No. CR 17-90 PJS/DTS<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christopher Victor Grupe,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Intentional Damage to a Protected Computer, 18:1030(a)(5)(A).

Date: 04/11/2017

*Signature: Mary Kay Grzybek*
*Issuing officer's signature*

City and state: St. Paul, MN

Mary Kay Grzybek, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____
ARRESTED ON 4/12/17
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

_____
*Arresting officer's signature*

_____
*Printed name and title*